# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIH CHENG TSAO,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>　　　　Defendants. | Case No. CV 09-1268 JST (CWx)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a de novo determination with respect to those portions of the Report and Recommendation to which objection has been made.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Defendant's Request for Order for Terminating Sanctions (docket no. 140) be granted; and (3) that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v), 37(d) and 41(b).

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:   April 22, 2011

                                       **JOSEPHINE STATON TUCKER**
                                       JOSEPHINE STATON TUCKER
                                      United States District Judge