**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHIH CHENG TSAO, | ) | Case No. CV 09-1268 JST (CWx) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| COUNTY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED:  April 22, 2011 

                                          **JOSEPHINE STATON TUCKER**
                                          JOSEPHINE STATON TUCKER
                                          United States District Judge